# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT MAXWELL, a/k/a CHRISTOPHER MAXWELL, a/k/a CHRIS MAXWELL<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, and HSBC MORTGAGE CORPORATION (USA)<br><br>Defendants. | Case No. 1:12-CV-03554-SCJ |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.3, the undersigned counsel for defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, which states as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

LA 51604947

**Plaintiff:**

     Christopher Scott Maxwell

**Defendants:**

     HSBC Bank USA, N.A. is a wholly-owned subsidiary of HSBC USA, Inc., which is an indirect subsidiary of HSBC North America Holdings, Inc. HSBC North America Holdings, Inc. is indirectly owned by HSBC Holdings plc. The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as American depository receipts.

     HSBC Mortgage Corporation (USA) is a wholly owned subsidiary of HSBC Bank USA, N.A., which is a wholly-owned subsidiary of HSBC USA, Inc., which is an indirect subsidiary of HSBC North America Holdings, Inc. HSBC North America Holdings, Inc. is indirectly owned by HSBC Holdings plc. The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as American depository receipts.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

- 2 -

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None are known at this time, other than the parties identified above.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff Christopher Scott Maxwell:**

> Richard S. Alembik
> RICHARD S. ALEMBIK, PC
> 315 W. Ponce de Leon Ave, Suite 250
> Decatur, Georgia 30030
> Tel:  (404) 373-0205
> Fax:  (404) 795-8999
> rick@alembik.com

**For Defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA):**

> John D. Andrle
> MCCURDY & CANDLER, LLC
> 3525 Piedmont Road, NE
> Six Piedmont Center, Suite 700
> Atlanta, Georgia 30305
> Tel:  (404) 214-9254
> Fax:  (678) 891-4846
> jandrle@mccurdycandler.com

This 10th day of January, 2013		Respectfully submitted,

		 /s/John D. Andrle
		JOHN D. ANDRLE (Bar No. 488330)
		jandrle@mccurdycandler.com
		MCCURDY & CANDLER, LLC
		3525 Piedmont Road, NE
		Six Piedmont Center, Suite 700
		Atlanta, Georgia 30305
		Tel:  (404) 214-9254
		Fax:  (678) 891-4846

		Attorneys for Defendants
		HSBC MORTGAGE CORPORATION
		(USA) and HSBC BANK USA, N.A.

LA 51604947

- 4 -

## CERTIFICATE OF LOCAL RULE 7.1(D) COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court pursuant to Local Rule 5.1(C), specifically Times New Roman, 14 point.

/s/John D. Andrle<br>
John D. Andrle

LA 51604947

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2013, a copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, and below. Parties may access this filing through the court's EM/ECF System.

    Richard S. Alembik, Esq.
    Richard S. Alembik, PC
    315 W. Ponce de Leon Ave, Suite 250
    Decatur, GA 30030-5100

                                             /s/John D. Andrle
                                              John D. Andrle